

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00385-CV

Carol G. **LANGE**,
Appellant

v.

Antonio **GUZMAN**, Jr. and Belinda Patricia Guzman,
Appellees

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW2100725
Honorable Jennifer Dillingham, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: July 10, 2024

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM